UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEN J. MOORE, o/b/o BERRY ALLEN MOORE, deceased,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>　　　　　　　Defendant. | CASE NO. C18-5146-MAT<br><br>ORDER TO SHOW CAUSE |

On February 28, 2018, plaintiff filed a Declaration of Service stating defendant had been served with the complaint and related paperwork. (Dkt. 6.) Counsel for defendant subsequently filed a Notice of Appearance (Dkt. 7) and the Administrative Record (Dkt. 8). However, while the Court calculates a May 3, 2018 due date for the submission of an answer, the Commissioner has yet to file an answer or a motion requesting an extension of the filing deadline.

Defendant is hereby ORDERED to SHOW CAUSE, within **fourteen (14) days** of the date of this Order, for the failure to file an answer or request an extension of the filing deadline.

ORDER TO SHOW CAUSE
PAGE - 1

Alternatively, defendant may respond to this Order by filing an answer before the fourteen-day deadline without further need for response.

DATED this 9th day of May, 2018.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE - 2